**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TARA LYNN SWIFT,<br><br>          Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | Case No.: 1:20-cv-0405 JLT<br><br>ORDER LIFTING THE STAY |

This action was stayed due to the Commissioner's inability to prepare a certified copy of the administrative record with limitations caused by the COVID-19 pandemic. (Doc. 8) General Order No. 615 allows the stay to be lifted when "i) the Commissioner files a proof of service showing that the CAR has been served on Plaintiff; or ii) the Commissioner files the CAR." The Commissioner has now filed the certified administrative record. (Doc. 12) Accordingly, the Court **ORDERS**:

1. The stay is **LIFTED**; and
2. Plaintiff **SHALL** serve a letter brief within thirty days of service of this order.

IT IS SO ORDERED.

Dated:   **November 24, 2020**              /s/ Jennifer L. Thurston
                                   UNITED STATES MAGISTRATE JUDGE