1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| TARA LYNN SWIFT,<br><br>            Plaintiff,<br><br>      v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>            Defendant. | Case No.: 1:20-cv-0405  JLT<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF, TARA LYNN SWIFT, AND AGAINST DEFENDANT, ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY |

On February 3, 2021, Plaintiff and the Commissioner of Social Security stipulated to a voluntary remand of Plaintiff's appeal for further proceedings, pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 16)

The parties stipulated that upon remand from this Court, the Appeals Council shall direct an ALJ to "issue a new decision, which will include obtaining medical expert evidence; reevaluating the claimant's residual functional capacity; and seeking additional vocational expert testimony as necessary. (*Id.* at 2)  In addition, the parties stipulate that the Appeals Council shall "offer the claimant the opportunity for a hearing, take further action to complete the administrative record resolving the above issues, and issue a new decision.  (*Id.*)  Based upon the stipulation of the parties, the Court **ORDERS**:

    1.     The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g); and

2. The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Tara Swift, and against Defendant Andrew Saul, Commissioner of Social Security.

IT IS SO ORDERED.

Dated: **February 3, 2021**                    **/s/ Jennifer L. Thurston**
                                               UNITED STATES MAGISTRATE JUDGE