# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA SWIFT, | ) Case No.: 1:20-cv-0405 JLT |
| Plaintiff, | ) ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| v. | ) |
| ANDREW SAUL,<br>Commissioner of Social Security, | ) (Doc. 19) |
| Defendant. | ) |

On April 19, 2021, Tara Swift and Andrew Saul, Commissioner of Social Security, stipulated for the award and payment of attorney's fees and expenses in the amount of $1,700.00 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 19) Accordingly, the Court **ORDERS:** Subject to the terms of the parties' stipulation, fees and expenses in the total amount of $1,700.00 are **AWARDED** to Plaintiff, Tara Swift.

IT IS SO ORDERED.

Dated: **April 19, 2021**       /s/ Jennifer L. Thurston
CHIEF UNITED STATES MAGISTRATE JUDGE